UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                      General Court Number
Clerk of Court                                                                                              415-522-2000

January 26, 2018

RE: Harris v. Cooper
    1:17-cv-00871-RMI

Default is declined. There is no proof of service of the summons and complaint.

                                              Susan Y. Soong, Clerk

                                              by: Mark Romyn
                                              Case Systems Administrator
                                              415-522-2009